Company. No opinion. Judgment and order unanimously affirmed, with costs.

DENIKE v. DENIKE. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) In the matter of supplementary proceedings by Abraham Denike, judgment creditor, against Charles W. Denike, judgment debtor. No opinion. Orders affirmed, with $10 costs and disbursements.

DENNY, Respondent, v. ENNIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by Harmar St. C. Denny against Thomas A. Ennis and another. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendants to plead over upon payment of the costs of the demurrer and of this appeal.

DEPEW v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Lorah A. Depew, as administratrix, against the city of New York. No opinion. Motion granted, with $10 costs. Order filed.

DERINGER, Respondent, v. COLONIAL LIFE INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by Laura Deringer against the Colonial Life Insurance Company of America. No opinion. Judgment and order affirmed, with costs.

DE RONDA v. BELL et al. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by John D. De Ronda against Eva A. Bell and another. No opinion. Motion denied, on payment of $10 costs. Order filed.

DORIENZA, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Angelo Dorienza, as administratrix, against the New York City Railway Company. T. J. O'Neill, for appellant. E. D. O'Brien, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed.
LAUGHLIN, J., dissents.

DUFFY, Appellant, v. DUSENBURY, Respondent. (Supreme Court, Appellate Term. June 20, 1906.) Appeal from City Court of New York, Special Term. Action by Jane E. Duffy, as executrix of Terence J. Duffy, against Mabel C. Dusenbury. From a judgment in favor of defendant, and from an order denying a motion for a new trial, plaintiff appeals. Judgment and order affirmed. Clark A. Wick and Clark L. Jordan, for appellant. Henry J. Hemmens and Charles S. Taylor, for respondent.
PER CURIAM. The sole question upon which we are asked to reverse the judgment is that it is based upon a verdict which is against the weight of evidence. While the trial disclosed facts which militate against the defense,

and while perhaps a contrary verdict would have been more acceptable to us, the one rendered finds such support in the evidence that it should not be disturbed. Judgment and order affirmed.

DUFORD v. EQUITABLE LIFE ASS'N SOC. (Supreme Court, Appellate Division, First Department. May 18, 1906) Action by Rowland D. Duford against the Equitable Life Association Society. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to court below to open default. Order filed.

DUNHAM, Appellant, v. HASTINGS PAVEMENT CO., Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Edward R. Dunham against the Hastings Pavement Company. A. Benedict, for appellant. J. S. Sheppard, Jr., for respondent. No opinion. Order modified by allowing service of complaint on payment to the defendant of $10 costs of motion and $10 costs and the disbursements of appeal, and, as modified, affirmed. Settle order on notice.

DUNHAM v. HASTINGS PAVEMENT CO. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Edward R. Dunham against the Hastings Pavement Company. No opinion. Motion denied, with $10 costs. Order filed.

DWIGHT v. LAWRENCE. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Julia L. Dwight against Edgar V. Lawrence. No opinion. Motion granted. Order resettled.

In re EAST 138TH ST. (Supreme Court, Appellate Division, First Department. April 20, 1906.) In the matter of widening of East 138th street. No opinion. Order affirmed, with costs and disbursements. Order filed.

EBLING BREWING CO. v. NEW YORK CITY INTERBORO R. CO. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by the Ebling Brewing Company against the New York City Interboro Railroad Company. No opinion. Motion granted. Order filed.

In re EGAN'S ESTATE. (Supreme Court, Appellate Division, First Department. April 20, 1906.) In the matter of Julia H. Egan, deceased. No opinion. Decree affirmed, with costs. Order filed.

EHRENHAUSE v. ISEAR. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Leah Ehrenhause against Myer Isear. No opinion. Motion granted, with $10 costs. Order filed.

FARMERS' LOAN & TRUST CO., Respondent, v. JASPER et al., Appellants. (Supreme